# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

FILED
JUL 2 4 2024
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Danny Williams Plaintiff,

v.

Case No. 24-cv-2174

Fuyao Glass Illinois / United Steelworker 193-G Defendant(s).

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

**I. JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

**II. PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of __United__ (state), who resides at __1112 E. Hickory ST. Decatur IL. 62526__, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant __Stephanie Gurney__ is employed as a
(a) (Name of First Defendant)
__Department Supervisor__
(b) (Position/Title)
with __Fuyao Glass Illinois 2768 E. Elwin Rd. Decatur IL. 62521__
(c) (Employer's Name and Address)

1

*Check one of the following:*

☑ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated: After going To H.R. on 2/27/23 over supervisor approaching yelling and cursing me out I was harrassed and retaliated against verbally, assigning me Job duties that wasn't my resopensublity. falsified and altered documents and attendance records. After knowing was under doctors care was forced To go home and recieved displenary actions by giving points after being excused from doctor and given write-up for going to H.R.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #2:**

C.  Defendant _Jaime Mahnke_ is employed as a
    (a) (Name of Second Defendant)
    _Fabrication Superintendent_
    (b) (Position/Title)
with _Fuyao Glass Illinois 2768 E. Eldorn Rd. Decatur IL 62521_
    (c) (Employer's Name and Address)

*Check one of the following:*

☑ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated: On 2/28/23 I had To go To 1st Aid due To Blood pressure very high from being harrassed and assigned duties instead of getting Training on Job that I was awarded Bid for and then on 3/1/23 Jaime approached me and asked why did I refuse To load Pack on Platform which is a metereal Handler Jobs and was asking why I refused when I didn't and had the help of co-workers who I later found out was never questioned to verify that I completed Task when I asked Jaime for Union Stewart I was denied and removed by Security.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: no explanation

2

**Defendant #3:**
D.   Defendant __Renee Creek__ is employed as a
        (a) (Name of Third Defendant)
__Union Representative President United Steel Workers 193-6__
                    (b) (Position/Title)
with __Fuyao Glass Illinois 2768 E. Elwin Rd, Decatur IL 62521 / United Steel-__
        (c) (Employer's Name and Address)
__workers of America local 193 415 W. Main ST Mount Zion IL 62549__

*Check one of the following:*

☑ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated: When I met with Renee on 3/3/23 and gave her all document and records dates and Times that I kept and informed her when I met with H.R. on 3/2/23 they were unaware that any action was Taken against me and after giving her all that I asked To file a grievance in which she stated she would draw up on 3/16/23 she contacted me and said Jaime was solely responsible for having me removed from 3/20, 5/30, 6/27, I asked about going over grievance put off. on 7/5 she told me there was no time line to where later found out it's 6 months and did same on other grievance said to be filed and wasn't.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Additional Defendant(s) (if any):**

E.   Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary. Evan Finley Human Resource Manager after informing that I felt unsafe and bring video and statement to office showing that co-worker was following around department calling me a hole ass bitch repeatedly to where I informed coworker that I was going to record them for evidence³ to where I was told didn't matter and go ahead and when I took statement and video to H.R. I was wrote up and H.R. never asked to see video

## III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in federal court? Yes ☐   ☒ No

B. If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

    1. Parties to previous lawsuits:

        Plaintiff(s):

        Defendant(s):

    2. Date of Filing:

    3. Case Number:

    4. Jurisdiction/Court:

    5. Name of Judge:

    6. Issues Raised:

    7. Disposition of Case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

    8. Date of Final Disposition:

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

☑1. On or about __3/1/23__ (month,day,year), at approximately __2:35__
☐ a.m. ☑ p.m., plaintiff was present in the municipality (or unincorporated area of)
_____, in the County of
_____, in the State of Illinois, at
_____,
where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

- ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
- ☐ searched plaintiff or his property without a warrant and without reasonable cause;
- ☐ used excessive force upon plaintiff;
- ☑ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;
- ☐ failed to provide plaintiff with necessary medical care;
- ☑ conspired together to violate one or more of plaintiff's civil rights;
- ☐ other *(please explain)*: __after making complaint against Supervisor I was retaliated and harassed and then Removed from company premises by security and was refused Union Representation, violation Title VII act of 1964. After requesting filing grievances Union misled me to believe several were filed but never did Violating Section 7 act refusal__

2. Plaintiff was charged with one or more crimes, specifically: _____
_____
_____

3. The criminal proceedings *(check the box that applies)*:

- ☐ are still pending.
- ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
- ☐ resulted in a finding of guilty on one or more of the charges.
- ☐ other:_____
_____
_____

5

4. Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

After I was removed from Company by security without any explanation or Union representation I was contacted by Union President and was informed that Superintendent took it upon herself and was solely on her that had me removed knowing when I requested a Union steward twice I was denied which violated my rights after my return to work I let Union know that I wanted to file a grievance over the incident and was to meet and give statement and documents to Union On 3/20/23 I contacted Union about grievance was told waiting on companies response 5/30/23 asked about grievance was told on step #3 6/27/23 asked Union about grievance and needed to go over or sign off on still put off 7/5/23 asked about grievance now was told on 2nd step and that there was no time line to file 7/6/23 contacted Union Felt unsafe employee waiting in Breakroom 3:00 AM who wasn't on clock or even scheduled to be there Tried to start altication who was related to supervisor that I made complaints against contacted Union and informed what happened and asked to pull my attendance Record when did seen my records were altered to where someone falsified my records after asked Union to file grievance on that one said they would nothing filed. after I met with Union I was told my grievance were pulled on request of international and when I asked to see grievance they gave me grievances filed on other co-workers

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6. As a result of Defendant's conduct, plaintiff was injured as follows:

physical condition worsen after I was forced to perform Job duties after knowing I was under doctors care and was disciplined when couldn't perform duties under doctors care sent home and pointed to where doctor removed me from work and on depression medication and anxiety and other meds

7. Plaintiff asks that this case be tried by a jury. ☑ Yes ☐ No

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ 2,000,000 to compensate for *(check all that apply)*:

    - ☑ bodily harm
    - ☑ emotional harm
    - ☑ pain and suffering
    - ☑ loss of income
    - ☑ loss of enjoyment of life
    - ☐ property damage

2. Punitive Damages:   ☑ Yes   ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: 7/24/24

Signature of Plaintiff: *Danny Williams*

Plaintiff's Name *(print clearly or type)*: Danny Williams

Mailing Address: 1112 E. Hickory St. D

City: Decatur   State: IL   Zip: 62526

Plaintiff's Telephone Number: (217) 775-5940

7