continued events that supports my claim after continuously requesting to go over grievance that was to be prepared by Renee Creek who is president of Union and also co-worker at the same plant who had 1st hand knowledge of all actions taken against me she made no attempts to represent me and after indicated to her that I felt like she was misleading me by not showing any evidence that she filed any complaints on my behalf on several different grievance supposely filed I then told Renee that I was filing with the EEOC for help since I felt like I wasn't recieving any After I filed with the EEOC the harassment and retaliation increased to where while under doctor's care I was being scheduled job assignments that caused more to my personal injury to where I had to leave work and go to Emercy Room midshift around 10/3/23 and was on morphine for severe pain and then was wrote up and pointed for Early Out and another one on 10/12/23 for the same thing after I was sent home for refusing to shovel broken heavy glass for 12 hrs even after had an excused form that I gave H.R. copies of So after my doctor got wind of what was going on she removed me from the job on 10/22/23 and I never

went back around 12/25/23 I contacted the EEOC and Talking with investigator I learned the company's counsel sent in an response letter To which I requested after recieving letter Counsel stated that I never made any complaint's against company and that nothing was ever filed To back my claims after recieving information I contacted Renee Creek and Told her what I had just found out and needed an explanation she stated To me that that wasn't True because she was in on Meeting with me with H.R. and she's the one who was personally responsible for filing my greevances so right then I Told her we needed To schedule meeting so I could see all filing on my behalf when I met at local Union Hall on 3/14/24 and requested Grievance Union produced none and Renee Told me it was at her home To which I didn't understand why it would be there I Told her that I would wait till she went To retrieve it and when she returned she Tried To pass off grievance that she prepared for other co-workers copies are attached with this document and then sent me messages claiming that the International Union Told her To pull my grievances To when I contacted them To find out why I was Told They had no knowledge of that and knew nothing about filing of grievance

So on 3/25/24 I drove To Granite City To meet with Mark Yorke Rigional Rep. and upon my arrival I was informed that we were not going To go over anything dealing with Renee Creek and I said what did I drive an hour and a half To meet with you For and since you don't want To Talk about what local Union didn't do explain To me why you had her pull my grievance and he indicated that that was a lie but I then showed him the Text that I recieved from Renee stating the fact that's when he asked for all of my documents To take copies of and said what I had was exellent and should of had it For he's the one handling all grievance on step #4 and arbitration and was at Fuyao facility doing cases on March 1st - March 6th 2024 and had nothing on me and then Told me that my local Union did nothing on my behalf and the told me that he wasn't suppose To tell me but I should file with NLRB To file charge but never indicated that the Union could do the same thing on my behalf after I informed him about my situation situation on May 20./24 I resigned from company and still under doctor's care presently due To injury and mental state and had To file for diability and waiting on decision I have copies of all Text messages

From Renee Creek where she's indicating that she filed grievance on my behalf from 3/1/23 - @ 4/25/24 a she even indicates she filed grievances and never did

Alay Williams 7/24/24