*Recieved 3/14/24 from Union said grievance file on my behalf but shows names who grievance was filed for on last page*

# UNITED STEELWORKERS
## USW
### UNITY AND STRENGTH FOR WORKERS

# GRIEVANCE REPORT

**DATE:** 8/18/23

**LOCAL NUMBER:** 1936

**GRIEVANCE NUMBER:** 23-23

**MEMBER'S NAME:** RENEE CREEK

**CLOCK NUMBER:** 202170

**COMPANY:** FUYAO GLASS

**DEPARTMENT:** FABRICATION 2

**SUPERVISOR:** STEFFANIE CARNEY

**WHEN DID GRIEVANCE OCCUR? DATE (on or about):** 8/16/23 – 8/17/23   **TIME:** ___

**GRIEVANCE REPORTED BY:** RENEE CREEK

### COMPLAINT

The Union charges the Company with a specific violation of Article (s) **HOSTILE WORK ENVIRONMENT** and any other provisions of the Agreement that may be found to apply.

**STATE WHAT HAPPENED:** STEFFANIE CARNEY CONTINUES TO YELL + CURSE AT EMPLOYEES CREATING A HOSTILE WORKFORE.

### REMEDY REQUESTED

CEASE + DISSIST HARRASSING EMPLOYEES

plus the Union demands that the Company cease and desist from violating the Collective Bargaining Agreement, that the incident(s) be rectified, that proper compensation, including benefits and overtime, at the applicable rate of pay, be paid for all losses; and further that those affected be made whole in every respect, including interest on any monies owed.

**SIGNATURE FOR THE UNION:** Renee Creek

**SIGNATURE FOR THE COMPANY:** ___

**SIGNATURE FOR THE UNION:** ___

**SIGNATURE FOR THE COMPANY:** ___

FORM 122
Grievance Report_1.31.07.indd

# GRIEVANCE PROCEDURE

## FIRST STEP

DATE SUBMITTED: 8-25-23

STEWARD: Renee Creek

ANSWER: Next level

SIGNATURE OF COMPANY OFFICIAL: [signature]

SETTLEMENT SATISFACTORY: YES ☐ NO ☒      DATE: 8/25/23

## SECOND STEP

DATE SUBMITTED: _____

STEWARD: _____

ANSWER: _____

SIGNATURE OF COMPANY OFFICIAL: _____

SETTLEMENT SATISFACTORY: YES ☐ NO ☐      DATE: _____

## THIRD STEP

DATE SUBMITTED: _____

STEWARD: _____

ANSWER: _____

SIGNATURE OF COMPANY OFFICIAL: _____

SETTLEMENT SATISFACTORY: YES ☐ NO ☐      DATE: _____

## FOURTH STEP

DATE SUBMITTED: _____

STEWARD: _____

ANSWER: _____

SIGNATURE OF COMPANY OFFICIAL: _____

SETTLEMENT SATISFACTORY: YES ☐ NO ☐      DATE: _____

## ARBITRATION

DATE SUBMITTED TO ARBITRATION: _____

NAME OF ARBITRATOR: _____

DECISION OF ARBITRATOR (attach copy): _____

DATE: _____

# FUYAO GLASS ILLINOIS/UNITED STEEL WORKERS PROBLEM RESOLUTION FORM

Grievance # 23-23

## STEP III COMPANY RESPONSE

Date Submitted to Union: __10-18-23__

The Company is requesting information confirming the accusations put forward regarding Steffanie Carney. Specifically, proof that she "continues to yell and curse at employees."

If this is not possible, the Company will address Carney regardless to ensure she is professional and appropriate to the employees.

UNITED STEEL WORK[ERS] ILLINOIS

[ ] Grievance Withdrawn

[ ] Grievance Settled

*THE UNION WILL SUBMIT TO FORTH STEP*

UNITED STEEL WORKERS [ILL]INOIS

Date: _____, 2023      _____, 2023
GR# 23-23

Grievance 23-21-Michael Burries-Shipping Unit-Exhibit "B" Job Posting Procedure/Seniority- The Union cannot accept the Company answer and submits this grievance to the next Fourth Step Meeting.

Grievance 23-22-Cecila Woods-Fabrication Unit-Violation of Seniority- Cecilia Woods was bumped off her job and replaced by a salary employee. Therefore, the Union cannot accept the Company answer and submits this grievance to the next Fourth Step Meeting.

Grievance 23-23-Fabrication Unit-Hostile Work Environment- The Union cannot accept the Company answer and submits this grievance to the next Fourth Step Meeting.

Grievance 23-24-Johnathan Allison-Melting Unit- Grievance settled in the Second Step.

Grievance 23-25-Marquise Gilmore-Melting Unit- Grievance settled in the Second Step.

✱ Grievance 23-26-Job Abandonment Policy- The Union cannot accept the Company Third Step answer and submits this grievance to the next Fourth Step Meeting.

Grievance 23-27-Jaleah Byers Termination/Progressive Discipline- The Union cannot accept the Company answer and submits this grievance to the next Fourth Step Meeting.

Respectfully Submitted,

*Renee Creek*

Renee Creek, President
USW Local 193G
Mt. Zion, Illinois

| | DO NOT WRITE IN THIS SPACE | |
|---|---|---|
| UNITED STATES OF AMERICA<br>NATIONAL LABOR RELATIONS BOARD<br>**CHARGE AGAINST LABOR ORGANIZATION OR ITS AGENTS** | Case<br><br>25-CB-340160 | Date filed<br><br>4/16/2024 |

INSTRUCTIONS: File an original of this charge with the NLRB Regional Director of the region in which the alleged unfair labor practice occurred or is occurring.

### 1. LABOR ORGANIZATION OR ITS AGENTS AGAINST WHICH CHARGE IS BROUGHT

| a. Name | b. Union Representative to Contact | |
|---|---|---|
| United Steelworkers, Local 193-G | Ms. Renee Creek, President | |
| c. Address | d. Tel. No. | e. Cell No. |
| 415 W. Main Street, Mt. Zion, IL 62549 | (217)620-6230 | |
| | f. Fax No. | g. e-Mail<br>creekscamp77@gmail.com |

h. The above-named labor organization or its agents have engaged in and are engaging in unfair labor practices within the meaning of section 8(b)(1)(A) of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act, or are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

For the past six months, the above-named labor organization has restrained and coerced employees in the exercise of rights protected by Section 7 of the Act by refusing to process several grievances of Danny Williams regarding retaliation, harassment, and threats for arbitrary or discriminatory reasons or in bad faith.

| 3. Name of Employer | 4a. Tel. No. | 4b. Cell No. |
|---|---|---|
| Fuyao Glass America | (217)864-2392 | |
| | 4c. Fax No. | 4d. e-Mail |

| 5. Location of Plant involved (street, city, state, and ZIP code) | 6. Employer representative to contact |
|---|---|
| | Mr. Rick Price |

| 7. Type of Establishment (factory, mine, wholesaler)<br>Factory | 8. Principal product or service<br>Satellite glass and windshields | 9. Number of Workers employed<br>300 |
|---|---|---|

| 10. Full name of party filing charge | 11a. Tel. No. | 11b. Cell No. |
|---|---|---|
| Mr. Danny Williams | (217)775-5940 | (217)775-5940 |
| | 11c. Fax No. | 11d. e-Mail<br>danraywilliams09@gmail.com |

11. Address of party filing charge (street, city, state, and ZIP code)

1112 East Hickory Street, Decatur, IL 62526

### 12. DECLARATION

I declare that I have read the above charge and that the statements therein are true to the best of my knowledge and belief.

| By:<br>*(signature)* Danny Williams<br>(signature of representative or person making charge) | Mr. Danny Williams<br>Danny Williams<br>Print/type name and title or office, if any | Tel No.<br>(217)775-5940<br>Cell No.<br>(217)775-5940 |
|---|---|---|
| Address:<br>1112 East Hickory Street, Decatur, IL 62526 | Date:<br>4/6/24 | Fax No.<br>e-Mail<br>danraywilliams09@gmail.com |

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

1-3458883521

RECEIVED NLRB PEORIA, IL 2024 APR 16 AM 10:48 NLRB REGION 33

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ EEOC<br>☐ FEPA | Agency(ies) Charge No(s):<br>440-2023-08052 |
|---|---|---|

Illinois Department Of Human Rights  and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)<br>Danny Williams | Home Phone<br>(217) 775-5940 | Year of Birth |
|---|---|---|

Street Address
1112 East Hickory Street
Decatur, IL 62526

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>Fuyao Glass Illinois Inc. | No. Employees, Members<br>15 - 100 Employees | Phone No. |
|---|---|---|

Street Address
2768 East Elwin Road
Decatur, IL 62521

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address                City, State and ZIP Code

| DISCRIMINATION BASED ON<br>Age, Race, Sex | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 06/30/2022     Latest: 07/31/2023 |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I began my employment with Respondent on or about June 7, 2023. My current position is Operator. During my employment, I was subjected to harassment and different terms and conditions of employment, including but not limited to, not receiving training, performing duties outside of my job description, and disciplined. I complained to Respondent. Subsequently, I continued to be disciplined.

I believe I was discriminated against because of my race and male, Black male, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I believe I was discriminated against because of my age, 60 (YOB:1964), and in retaliation for engaging in protected activity, in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>8/9/23    *Danny Williams*<br>Date    Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Page 1 of 2

Text messages between Renee Cureck and myself Through March 11, 24 thru April 25, 2024

That sounds good

Can we set it for 12:00

Okay
10:16 AM

break room at 3:00 am and incidents after

Well, that grievance was settled along time ago when he was reprimanded

Reprimanded he was sent there deliberately to start an altercation because he wasn't assigned to come in security didn't call him in supervisor asked who told him to come in and on 6/5 my records were altered to where any incident could lead to termination after points would indicate over the limit because we both would have been removed and my points were altered to 8.5

My evidence will prove the cover-up

I met with you and gave you dates times statements etc

going to have to have your actual statements to proceed. Apparently, my documentation of events isn't enough to proceed. I will have to have exact words that were said to you. Very detailed. The company claims that they are afraid of a wrongful termination suit & international had me withdraw it. However, I can refile it if I get the documentation that is needed.

Well I want to proceed and I have the falsified documents and other records when I wasn't terminated all I know is my rights were violated and company took no action after I made them aware records were altered

getting my pay back that was owed to me what action was taken against Jamie and Stephanie for falsely having me removed for not doing what was asked of me to where my witnesses were never questioned about the situation

Monday, Mar 11 • 7:03 PM

Danny, you got your backpay for being sent home! You received it last may, I believe, and that's what I'm telling you about the Stefanie grievance....I have no statement from you. I've been through your file. You didn't give me a written statement explaining the events & what exactly she said to you. I will be at the office all day Thursday if you want to discuss it further

Yes I do give me a time and I'll be

the grievance process. I need detailed statements from you

A lot of the events took place from 3/1/23 till I left on 10/22/23 and I've produced documents for you so what statement do you need from me

Detailed statement regarding your fears. Like exact words & actions with dates & times, etc. & then email it to me so that I can proceed. Thank you

That's what I'm telling you I gave you exact dates times and statements made when we met at the local hall and if needed again I can give you copies and go over everything in a scheduled meeting to much for me to be emailing when I'm not comfortable with

is able to see what happened even after it's explained properly and they worried about someone else wrongful termination and law suit but didn't give a damn about what I was put through

I just told you company said that I never made a complaint in position letter and you said we did so who am I supposed to believe

They paid me for those days because it was owed to me I didn't ask too be removed and embarrassed in front of my coworkers

What they thought was I was going to be like I'm tired of this treatment and move on and after realizing that wasn't going to lay down looked for other ways for my

to 12:00 a good time or what's good for you

That sounds good

Can we set it for

to where my
grievances will
be presented
since I haven't
seen or went
over before the
meeting

Yes, I wrote a
grievance &
another one
that's going to
the 4th step

That's what I
mean if on 4th
step will it be
delegated in the
3/6 meeting

I'll have to look

Meant to say
litigated didn't
have glasses on
txt will print for
you

I don't see
how it wouldn't
be I've been
complaining
about
harassment
and retaliation
since March of
last year with
several different
complaints

That's like I
tried to come
back to work on
2/5/24 my doctor
released me
with restrictions
work my way