E-FILED
Wednesday, 21 August, 2024  06:32:01 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| Danny Williams, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:24-cv-02174 |
| Fuyao Glass Illinois, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Fuyao Glass Illinois, Inc.                                                                                          .

Date:     08/21/2024

/s/ Bill Whalen
*Attorney's signature*

Bill Whalen
*Printed name and bar number*
Littler Mendelson, P.C.
321 North Clark Street
Suite 1100
Chicago, IL 60654
*Address*

wwhalen@littler.com
*E-mail address*

(312) 795-3252
*Telephone number*

(312) 372-7880
*FAX number*