E-FILED
Thursday, 22 August, 2024  10:49:41 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Central Distric of Illinois

| | |
|---|---|
| Danny Williams, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Fuyao Glass Illinois, Inc. | ) |
| *Defendant* | ) |

Case No.   2:24-cv-02174

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Stephanie Carney, Jamie Mahnke, and Evan Finley                                                              .

Date:     08/22/2024

/s/ Bill Whalen
*Attorney's signature*

Bill Whalen
*Printed name and bar number*
Littler Mendelson, P.C.
321 North Clark Street
Suite 1100
Chicago, IL 60654
*Address*

wwhalen@littler.com
*E-mail address*

(312) 795-3252
*Telephone number*

(312) 372-7880
*FAX number*