# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| DANNY WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>FUYAO GLASS, ILLINOIS, et al.,<br><br>Defendant. | CASE NO. 2:24-cv-02174-EIL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that the appearance of Mohammed O. Badwan was inadvertently filed and is hereby being withdrawn.

Dated: January 13, 2026

Respectfully submitted,

/s/ *Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd
2500 South Highland Avenue
Suite 200
Lombard, IL 60148
Telephone: (630) 575-8180
mbadwan@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on **January 13, 2026**, a true and correct copy of the foregoing was electronically filed using the CM/ECF System, which will effectuate service on all counsel of record.

/s/ Mohammed O. Badwan